

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00881-CV

Jose **SANCHEZ** and Jeanne Sanchez,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48878-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellee Walter Mortgage Company LLC has filed a motion to dismiss this appeal. Appellants Jose Sanchez and Jeanne Sanchez have not filed a response to the motion to dismiss.

In their motion, appellees allege that the trial court signed a final judgment on August 2, 2013. Attached to appellees' motion is a copy of the final judgment and the notice of appeal. Because appellants apparently filed a timely motion for new trial, the notice of appeal was due to be filed on October 31, 2013. A motion for extension of time to file the notice of appeal was due on November 15, 2013. *See* TEX. R. APP. P. 26.3. Appellants did not file their notice of appeal until December 13, 2013. Appellants did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex.1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

We, therefore, ORDER appellant to show cause in writing by **March 11, 2014** why this appeal should not be dismissed for lack of jurisdiction.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.



Keith E. Hottle
Clerk of Court